FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 SEP 27  AM 10: 13

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DARRYL PARKER #300414                                CIVIL ACTION

versus                                               NO. 06-10551

24ᵀᴴ JUDICIAL DISTRICT COURT                         SECTION: "F" (3)

## ORDER

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the objections to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that the federal petition of **Darryl Parker** for *habeas corpus* relief is **DISMISSED WITH PREJUDICE.**

New Orleans, Louisiana, this 26th day of SEPT., 2007.

Martin L. C. Feldman
UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____